UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

JUSTIN DUANE HOWARD,

          Petitioner,          Case No. 1:23-cv-383

v.                                    Honorable Phillip J. Green

BRYAN MORRISON,

          Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request to appoint counsel is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:  May 15, 2023                        /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge