UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JUSTIN DUANE HOWARD,

        Petitioner,        Case No. 1:23-cv-383

v.        Honorable Phillip J. Green

BRYAN MORRISON,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  May 15, 2023        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge